IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CRAIG R. WASHINGTON, | ) |
| And | ) |
| APRIL WASHINGTON, | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 3:10cv887 |
| CITIMORTGAGE, INC., | ) |
| And | ) |
| EQUITY TRUSTEES, L.L.C., | ) |
| And | ) |
| MANSOUR MORIDZADEH, | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant CitiMortgage, Inc. ("CMI"), by counsel, hereby notices the removal of this action, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 *et seq.*, to the United States District Court for the Eastern District of Virginia, Richmond Division, on the basis of the following facts, which demonstrate the existence of subject matter jurisdiction in this Court:

1. On November 12, 2010, plaintiffs Craig R. Washington and April Washington ("Plaintiffs") commenced a civil action in the Circuit Court of Spotsylvania County, Virginia, entitled *Craig R. Washington et al. v. CitiMortgage, Inc. et al.*, Case # CL10001473-00. On November 19, 2010, CMI was served with a copy of the Summons and Plaintiffs' Complaint ("Complaint"). True copies of the Summons and Complaint, along with a copy of all process,

pleadings, and orders served upon CMI in the state court action, are attached hereto as <u>Exhibits A-H</u>.

2. The time within which CMI is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired.

3. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiffs' Complaint alleges causes of action under the laws of the United States. Specifically, Plaintiff alleges that CMI violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. Compl. ¶¶ 158-169. Plaintiffs seek to recover damages pursuant to that statute. Compl. at 36.

4. Because Plaintiffs affirmatively seek relief for violations of a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

5. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over Plaintiffs' state causes of action alleged in the Complaint because such claims are based on the same operative facts alleged in the Complaint and are so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Plaintiffs' state law claims all turn on the same set of operative facts that supports the cause of action under federal law. *See* Compl. ¶ 159 (restating allegations supporting state claims).

6. CMI certifies that it has received consent to remove this case from the other Defendants. The written consents of all Defendants are attached hereto as <u>Exhibits I and J</u>.

7. Defendant Equity Trustees, L.L.C. was served with a copy of the Summons and Complaint on November 18, 2010. Defendant Mansour Moridzadeh was served on November

-3-

17, 2010. Accordingly, the time within which the other Defendants may remove pursuant to 28 U.S.C. § 1446(b) has not yet expired.

8. The United States District Court for the Eastern District of Virginia, Richmond Division, under 28 U.S.C. § 1441(a) embraces the place in which the removed action was pending.

9. Plaintiffs did demand a jury trial in the state court action.

10. CMI will promptly file a Notice of Filing of this Notice of Removal with the clerk of the Spotsylvania County Circuit Court and will serve the same on all parties to this action.

WHEREFORE, Defendant CMI respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Spotsylvania County Circuit Court to the United States District Court for the Eastern District of Virginia, Richmond Division.

Dated: December 9, 2010

Respectfully Submitted,

CITIMORTGAGE, INC.,

By its attorneys,

J. Douglas Cuthbertson
Virginia Bar Number 41378
Attorney for CitiMortgage, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Ste. 500
McLean, VA 22102
Telephone: (703) 610-8640
Fax: (703) 610-8686
E-mail: jcuthber@milesstockbridge.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2010, a copy of the foregoing has been served by first class mail, postage prepaid, to:

Lamont D. Hamilton, Esq.
Eboni T. Hamilton, Esq.
The Hamilton Firm, PLC
10908 Courthouse Rd.
Ste. 102 #235
Fredericksburg, VA 22408

Allison Melton, Esq.
Bierman, Geesing, Ward & Wood, LLC
2020 N. 14th St., Ste. 750
Arlington, VA 22201

David H. Cox, Esq.
Christopher A. Glaser, Esq.
Jackson & Campbell, P.C.
1120 20th St., 3rd Floor
Washington, DC 20036

J. Douglas Cuthbertson
Virginia Bar Number 41378
Attorney for CitiMortgage, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Ste. 500
McLean, VA 22102
Telephone: (703) 610-8640
Fax: (703) 610-8686
E-mail: jcuthber@milesstockbridge.com