B1792 760

Consideration $115,000.00  Grantee Address: 5507 Dandelin Drive
Tax Map #25N14                Fredericksburg, VA 22407

05111

THIS DEED, made and entered into this 7th day of March, 2000, by and between RICHARD H. MOZELESKI, as GRANTOR, and CRAIG R. WASHINGTON and APRIL WASHINGTON, his wife, as GRANTEES.

WITNESSETH:

That for and in consideration of the sum of TEN DOLLARS ($10.00) cash in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, the Grantor does hereby grant, bargain, sell and convey with GENERAL WARRANTY and with ENGLISH COVENANTS OF TITLE, except as hereinafter mentioned, unto the Grantees, as tenants by the entirety with common law right of survivorship in fee simple, the following described property: to-wit:

> All that certain lot or parcel of land, together with all buildings and improvements thereon, situate, lying and being in Chancellor district, Spotsylvania County, Virginia, more particularly described as Lot 4, Sheraton Oaks, per plat in Plat File 2 at page 85, revised in Plat File 2 at page 193, and by Plat of Vacation and Replat of Sheraton Oaks as recorded in Plat File 2 at pages 667 and 668, and corrected in Plat File 3 at page 33, in the aforesaid County land records.
>
> AND BEING the same property conveyed unto Richard H. MOZELESKI by Deed dated February 9, 1999 and recorded in Deed Book 1665 at page 541, in the aforesaid Clerk's Office.

PROVIDED HOWEVER, this conveyance is made subject to the restrictions and conditions contained in the deeds and plats forming the chain of title to this property.

FURTHER, this conveyance is made subject to all unexpired conditions, restrictions, reservations and easements of record constituting constructive notice of the same.

PROOFED

REID APR 4 - 2000

GORDON B. GAY
Attorney at Law
23 Butler Road
[illegible], VA 22408

PLAINTIFF'S EXHIBIT A

B1792 761

WITNESS the following signature and seal:

_Richard H. Mozeleski_ (SEAL)
RICHARD H. MOZELESKI

STATE OF VIRGINIA
COUNTY OF STAFFORD to-wit:

The foregoing instrument was acknowledged before me this 7th day of March, 2000, by Richard H. Mozeleski.

My Commission Expires: January 31, 2003

_____
Notary Public

Virginia, Spotsylvania County, to-wit:
In the Clerk's Office of the County and State aforesaid the 14 day of March, 2000, at 12:05 o'clock P.M., the foregoing writing was presented and admitted to record, together with the annexed certificate of acknowledgement.
The tax imposed by Section 58.54-1 in the amount of $ 116.00 has been paid.

Teste _____, Clerk

GORDON D. GAY
Attorney at Law
25 Butler Road
Falmouth, VA 22405