Instrument# 200500025296 Page 1

Instrument Control Number

LR 200500025296 06/28/2005 10:37 AM
Recorded in the Clerk's Office of the
SPOTSYLVANIA COUNTY, Virginia Circuit Court

Testor: _____ , Clerk Paul M. Metzger

## Commonwealth of Virginia
### Land Record Instruments
### Cover Sheet - Form A

[LS VLR Cover Sheet Agent 1.0.63]

TAX EXEMPT: C O R P S

Date of Instrument: [6/22/2005]
Instrument Type: [ASGMT]
Number of Parcels: [ 1]
Number of Pages: [ 1]
City ☐ County ☒  [Spotsylvania County]

(Box for Deed Stamp Only)

**First and Second Grantors**

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| ☒ | [KEY BANK USA, NAT] | | | |
| ☐ | [WASHINGTON] | [APRIL] | | |

**First and Second Grantees**

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| ☒ | [CITIFINANCIAL MORT] | | | |
| ☐ | | | | |

Grantee Address (Name) [CITIFINANCIAL MORTGAGE COMPANY, INC]
(Address 1) [1111 NORTHPOINT DRIVE]
(Address 2) [BLDG 4, SUITE 100]
(City, State, Zip) [COPPELL] [TX] [75019]

Consideration [0.00]   Existing Debt [0.00]   Assumption Balance [0.00]

Prior Instr. Recorded at: City ☒ County ☐ [Spotsylvania]   Percent. in this Juris. [100]
Book [ ]   Page [ ]   Instr. No [200200039022]
Parcel Identification No (PIN) [23N-1-4]
Tax Map Num. (If different than PIN) [ . ]
Short Property Description

Current Property Address (Address 1) [5807 DANIELLE DRIVE]
(Address 2) [ ]
(City, State, Zip) [FREDERICKSBURG] [VA] [22407]

Instrument Prepared By   [S.A. WILEMAN]
Recording Paid for By   [ORION FINANCIAL GROUP, INC.]
Return Recording To (Name)   [ORION FINANCIAL GROUP, INC.]
(Address 1) [2860 EXCHANGE BLVD.]
(Address 2) [SUITE 100]
(City, State, Zip) [SOUTHLAKE] [TX] [76092]

Customer Case ID [ ]

Cover Sheet Page # 1 of 2


PLAINTIFF'S EXHIBIT C

Instrument# 200500025296 Page 2

Instrument Control Number

**Commonwealth of Virginia**
**Land Record Instruments**
**Continuation Cover Sheet**
**Form B**
[ILS VLR Cover Sheet Agent 1.0.83]

Date of Instrument: [5/22/2005]
Instrument Type: [ASGMT]
Number of Parcels: [1]
Number of Pages: [1]
City ☐ County ☒ [Spotsylvania County]

(Box for Deed Stamp Only)

Grantors/Grantees/Parcel Continuation Form B

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| WASHINGTON | CRAIG | R | |

Prior Instr. Recorded at: City ☐ County ☐
Book [ ]   Page [ ]
Parcel Identification No (PIN)
Tax Map Num. (if different than PIN)
Short Property Description
Current Property Address (Address 1)
(Address 2)
(City, State, Zip)

Percent. in this Juris.
Instr. No [ ]

Cover Sheet Page # 2 of 2

Instrument# 200500025296 Page 3

PREPARED BY & RETURN TO:
S. A. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092
Parcel # 23N-1-4

Notice of Assignment          Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, KEY BANK USA, NATIONAL ASSOCIATION 2 Gatehall Drive, Parsippany, NJ 07054 (Assignor) by these presents does assign, and set over, without recourse, to CITIFINANCIAL MORTGAGE COMPANY, INC. 1111 Northpoint Drive, Building 4, Suite 100, Coppell, TX 75019 (Assignee) the described mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by APRIL WASHINGTON AND CRAIG R WASHINGTON, WIFE AND HUSBAND to KEY BANK USA, NATIONAL ASSOCIATION and SAMUEL I. WHITE, P.C., A CORPORATION, as trustee. Said mortgage Dated: 12/13/2002 is recorded in the State of VA, County of Spotsylvania on 12/20/2002, as Instrument # 200200039022 AMOUNT: $ 130,900.00  Property Address: 5807 DANIELLE DRIVE, FREDERICKSBURG, VA 22407
IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed by its proper officer. Executed on: June 20, 2005
KEY BANK USA, NATIONAL ASSOCIATION
Orion Financial Group, Inc. Attorney in fact

By: _____          _____
E. Larrea, Vice President              Witness: C. Lafferty

WASHINGTON CITI MLW *03112582*

State of Texas County of Tarrant
On 6/20/2005, before me, the undersigned, personally appeared E. Larrea, who acknowledged that he/she is Vice President of/for Orion Financial Group, Inc. Attorney in fact KEY BANK USA, NATIONAL ASSOCIATION and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of KEY BANK USA, NATIONAL ASSOCIATION.

_____
Notary public, T. Hamic
My commission expires: March 9, 2009

[Notary seal: T. HAMIC NOTARY PUBLIC STATE OF TEXAS]

VA Spotsylvania                      5001852770
                                     CITI-W/KEYBANK