Instrument# 201000013166    Page 1

Instrument Control Number

[                    ]

LR 201000013166    8/2/2010 01:45 PM

Recorded in the Clerk's Office of the
SPOTSYLVANIA COUNTY, Virginia Circuit Court

Teste: *Christalyn Jett* : Christalyn M. Jett

## Commonwealth of Virginia
## Land Record Instruments
## Cover Sheet - Form A

[IL5 VLR Cover Sheet Agent 1.0.56]

| | | |
|---|---|---|
| Date of Instrument: | [7/8/2010 | ] |
| Instrument Type: | [ST | ] |
| Number of Parcels | [ 1] | |
| Number of Pages | [ 2] | (Box for Deed Stamp Only) |
| City [ ] County [x] | [Spotsylvania County | ] |

**First and Second Grantors**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [WASHINGTON | [APRIL | ][ | ][ |
| [WASHINGTON | [CRAIG | ][R. | ][ |

**First and Second Grantees**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [EQUITY TRUSTEES, LLC] | ][ | ][SUB TR | |
| [ | ][ | ][ | |

| | | |
|---|---|---|
| Grantee Address | (Name) | [Equity Trustees, LLC |
| | (Address 1) | [2020 North 14th St. |
| | (Address 2) | [Suite 750 |
| | (City, State, Zip) | [Arlington    ][VA] [22201 |

Consideration [0.00          ] Existing Debt [130,000.00          ] Assumption Balance [0.00          ]

| | | |
|---|---|---|
| Prior Instr. Recorded at: City [ ] County [x] | [Spotsylvania County | Percent. in this Juris. [ 100] |
| Book [ ] Page [ ] | | Instr. No [200200039022 ] |
| Parcel Identification No (PIN) | [23N 1 - 4- | ] |
| Tax Map Num.    (if different than PIN) | [23N 1 - 4- | ] |
| Short Property Description | [LOT 4, SHERATON OAKS | |
| | [ | ] |
| Current Property Address (Address 1) | [5807 DANIELLE DRIVE | ] |
| | (Address 2) [ | ] |
| | (City, Zip) [FREDERICKSBURG | ][VA] [22407 |

| | | |
|---|---|---|
| Instrument Prepared by | [Ebony Rico | ] |
| Recording Paid for by | [Bierman, Geesing , Ward & Wood, LLC | ] |
| Return Recording to (Name) | [Bierman, Geesing, Ward & Wood, LLC | ] |
| (Address 1) | [4520 East-West Highway | ] |
| (Address 2) | [Suite 200 | ] |
| (City, State, Zip) | [Bethesda    ][MD] [20814 | ] |
| Customer Case ID | [        ][        ][ | ] |

Cover Sheet Page # 1 of 2



PLAINTIFF'S
EXHIBIT
F

Instrument# 201000013166   Page 2

Instrument Control Number

**Commonwealth of Virginia**
**Land Record Instruments**
**Continuation Cover Sheet**
**Form B**
[DLS VLR Cover Sheet Agent 1.0.56]

Date of Instrument:   [7/8/2010   ]
Instrument Type:   [ST   ]

Number of Parcels   [   1]
Number of Pages   [   2]

City ☐ County ☒   [Spotsylvania County   ]   (Box for Deed Stamp Only)

Grantors/Grantees/Parcel Continuation Form B

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| ☐☒☐☒ | [CITIMORTGAGE, INC. ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |
| ☐☐☐☐ | [ ] | [ ] | [ ] | [ ] |

Prior Instr. Recorded at: City ☐ County ☐   [   ]   ) Percent. In this Juris.   [   ]
Book   [   ]   Page   [   ]   Instr. No   [   ]
Parcel Identification No (PIN)   [   ]
Tax Map Num.   (if different than PIN)   [   ]
Short Property Description   [   ]

Current Property Address  (Address 1)   [   ]
(Address 2)   [   ]
(City, State, Zip)   [   ]   ][ · ][   ]

Cover Sheet Page # 2 of 2

Instrument# 201000013166    Page 3

PREPARED BY:                                          Tax ID # 2IN 1 - 4-
AFTER RECORDING, PLEASE RETURN TO:                   BGWW#: 109514
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

THIS DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE, is made this ___8___ day of ___July___ 2010, by and among CITIMORTGAGE, INC. ("CITIMORTGAGE, INC."), party of the first part, and EQUITY TRUSTEES, LLC., a Virginia Limited Liability Company of 2020 N. 14th Street, Suite 750, Arlington, VA 22201 ("Substitute Trustees"), party of the second part.

WHEREAS, April Washington and Craig R. Washington by Deed of Trust dated December 13, 2002, and recorded in the Office of the Clerk of the Circuit Court for Spotsylvania County, Virginia in Instrument No. 200200039022 did grant and convey certain real estate known as:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON, SITUATE, LYING AND BEING IN CHANCELLOR DISTRICT, SPOTSYLVANIA COUNTY, VIRGINIA, MORE PARTICULARLY DESCRIBED AS LOT 4, SHERATON OAKS, PER PLAT FILE 3 AT PAGE 88, REVISED IN PLAT FILE 2 PAGE 163, AND BY PLAT OF VACATION AND REPLAT OF SHERATON OAKS AS RECORDED IN PLAT FILE 2 AT 687 AND 688, AND CORRECTED IN PLAT FILE 3 PAGE 33, IN THE AFORESAID COUNTY LAND RECORDS..

Known as: 5807 Danielle Drive, Fredericksburg, VA 22407

in trust, to secure to Key Bank USA, National Association, payment of a note ("Note") of even date therewith in the original principal amount of $130,000.00; and

WHEREAS, said Deed of Trust provides that the holder of the Note shall have the power and authority to appoint substitute trustee(s) in the place and stead of the trustee(s) named therein; and

WHEREAS, the party of the first part is the owner and holder of the note secured by said Deed of Trust.

NOW, THEREFORE WITNESSETH, in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the party of the first part by the execution and delivery of these presents, hereby appoint Equity Trustees, LLC, a Virginia Limited Liability Company, as Substitute Trustees under the said Deed of Trust in the place and stead of SAMUEL I. WHITE, P.C. the Trustee or Trustees originally named therein, or in place of any other trustee or trustees who have heretofore been substituted for the originally named trustee or trustees, the said substitute trustees being vested with all of the right, title and interest and clothed with all the rights, powers and privileges of the Trustee or Trustees originally named in said Deed of Trust.

Instrument# 201000013166    Page 4

IN WITNESS WHEREOF, CitiMortgage, Inc. has caused this Deed of Appointment of Substitute Trustee to be executed by its duly authorized agent on __8__ day of ___July___, 2010.

CitiMortgage, Inc.

Jason Jenkins, Assistant Vice President

STATE OF Missouri          )
COUNTY OF St. Charles      ) ss.

I, _____Alex D Crossman_____, a Notary Public in and for the State and County aforesaid, do hereby certify that Jason Jenkins, Assistant Vice President, authorized by CitiMortgage, Inc., personally appeared before me in the jurisdiction aforesaid and executed the foregoing Deed of Appointment of Substitute Trustee.

Given under my hand and seal this __8__ day of __July__, 2010.

Notary Public

My Commission Expires:

ALEX D CROSSMAN
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission #08672778
My Commission Expires 11/04/2012

INSTRUMENT #100013166
RECORDED IN THE CLERK'S OFFICE OF
SPOTSYLVANIA ON
AUGUST 2, 2010 AT 01:49PM
CHRISTALYN M. JETT, CLERK
RECORDED BY: ASN